UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BLAIR MUSE,

      Plaintiff,

v.                                                                  CASE NO. 3:25-cv-1043-SJH

BETROS PLUMBING
CONTRACTORS, INC., etc.,

      Defendant.

_____/

## **ORDER FOLLOWING HEARING**[1]

**THIS CAUSE** is before the Court on the Joint Motion for Approval of Settlement ("Motion"), Doc. 22, and the attached Settlement Agreement ("Agreement"), *id.* at 7-11.

The Court held a hearing on the Motion on March 23, 2026, the record of which is incorporated herein. At the hearing, the parties consented to the striking and severing of the first sentence of the modification provision in Section 9 of the Agreement, which states that the "Agreement may not be modified, altered, or changed except upon the express written consent of the Parties." *Id.* at 10; *see also Logue v. Westgate Resorts Ltd,* No. 6:20-cv-1488-PGB-EJK, 2022 WL 3209499, at *3–4 (M.D. Fla. May 11, 2022), *report and recommendation adopted*, 2022 WL 3136864 (M.D. Fla. May 12, 2022). With such modification, the Agreement is due to be approved.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Docs. 26-27.

Accordingly, and for the reasons stated on the record at the hearing, it is **ordered**:

1.     The Motion (Doc. 22) is **granted** to the extent stated herein.

2.     The first sentence of Section 9 of the Agreement is stricken and severed, and the Agreement, as modified, is **approved**.

3.     This case is **dismissed with prejudice**.

4.     The Clerk of Court is **directed** to **terminate** all pending motions and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, on March 31, 2026.

_____

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

2